UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE   :
LITIGATION (straddler plaintiffs)   :
------------------------------------------------------------x
RASHID MUQADDIM,                    :
                                    :
         Plaintiff(s),              :   **AFFIDAVIT OF SERVICE**
                                    :
    - against-                      :   Civil Action No. 08 CV 01657
                                    :
TULLY CONSTRUCTION CO., INC,. TULLY :
ENVIRONMENTAL INC., TULLY INDUSTRIES,:
INC., TURNER CONSTRUCTION COMPANY,  :
BOVIS LEND LEASE, INC., BOVIS LEND LEASE:
LMB, INC., AMEC CONSTRUCTION        :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL   :
CONSTRUCTION, INC., BECHTEL         :
CORPORATION, BECHTEL ENVIRONMENTAL,:
INC., VERIZON NEW YORK, INC., HILLMAN :
ENVIRONMENTAL GROUP, LLC,           :
BROOKFIELD FINANCIAL PROPERTIES, INC.,:
BFP ONE LIBERTY PLAZA, CO., LLC,    :
                                    :
         Defendants.                :
------------------------------------------------------------x

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Associates Professional Corporation., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

    CT Corporation System
    111 Eighth Avenue, 13th Floor
    New York, New York 10011

            Anna Tse

Sworn to before me on this
/ day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09