UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :  **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
------------------------------------------------------------x
RASHID MUQADDIM,                   :
                                   :
         Plaintiff(s),             :  **AFFIDAVIT OF SERVICE**
                                   :
  - against-                       :  Civil Action No. 08 CV 01657
                                   :
TULLY CONSTRUCTION CO., INC,. TULLY :
ENVIRONMENTAL INC., TULLY INDUSTRIES, :
INC., TURNER CONSTRUCTION COMPANY,  :
BOVIS LEND LEASE, INC., BOVIS LEND LEASE :
LMB, INC., AMEC CONSTRUCTION        :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL   :
CONSTRUCTION, INC., BECHTEL         :
CORPORATION, BECHTEL ENVIRONMENTAL,:
INC., VERIZON NEW YORK, INC., HILLMAN :
ENVIRONMENTAL GROUP, LLC,           :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BFP ONE LIBERTY PLAZA, CO., LLC,    :
                                   :
         Defendants.               :
------------------------------------------------------------x

   I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

   On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Construction, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

                    CT Corporation System
                    111 Eighth Avenue, 13th Floor
                    New York, New York 10011

                                        _____
                                                 Anna Tse

Sworn to before me on this
  / day of June, 2008

                    BEATRIZ DOLORES ARANA
                    Notary Public, State of New York
                    No. 01AR6132940
                    Qualified in Queens County
                    Commission Expires August 29, 20__