UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER :  21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (straddler plaintiffs) :
----------------------------------------------------------------- x
RASHID MUQADDIM, :
                                                                       :
           Plaintiff(s),                           :  **AFFIDAVIT OF SERVICE**
                                                                       :
    - against-                                   :  Civil Action No. 08 CV 01657
                                                                       :
TULLY CONSTRUCTION CO., INC,. TULLY :
ENVIRONMENTAL INC., TULLY INDUSTRIES, :
INC., TURNER CONSTRUCTION COMPANY, :
BOVIS LEND LEASE, INC., BOVIS LEND LEASE:
LMB, INC., AMEC CONSTRUCTION       :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL :
CONSTRUCTION, INC., BECHTEL          :
CORPORATION, BECHTEL ENVIRONMENTAL,:
INC., VERIZON NEW YORK, INC., HILLMAN :
ENVIRONMENTAL GROUP, LLC,           :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BFP ONE LIBERTY PLAZA, CO., LLC,     :
                                                                       :
           Defendants.                            :
-----------------------------------------------------------------x

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Corporation, by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 __