UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

IN RE COMBINED WORLD TRADE CENTER   :    **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)    :

------------------------------------------------------------ x

RASHID MUQADDIM,                 :
                                 :

        Plaintiff(s),         :    **AFFIDAVIT OF SERVICE**
                                 :

   - against-             :    Civil Action No. 08 CV 01657

                                 :

TULLY CONSTRUCTION CO., INC,. TULLY   :
ENVIRONMENTAL INC., TULLY INDUSTRIES, :
INC., TURNER CONSTRUCTION COMPANY,  :
 BOVIS LEND LEASE, INC., BOVIS LEND LEASE:
LMB, INC., AMEC CONSTRUCTION     :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL  :
CONSTRUCTION, INC., BECHTEL      :
CORPORATION, BECHTEL ENVIRONMENTAL,:
INC., VERIZON NEW YORK, INC., HILLMAN :
ENVIRONMENTAL GROUP, LLC,      :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BFP ONE LIBERTY PLAZA, CO., LLC,   :

                                 :

        Defendants.      :

------------------------------------------------------------X

     I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

     On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bechtel Environmental, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

              CT Corporation System
              111 Eighth Avenue, 13th Floor
              New York, New York 10011

                                           Anna Tse

Sworn to before me on this
 /   day of June, 2008

                    BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                    No. 01AR6132940
                Qualified in Queens County
             Commission Expires August 29, 20__