***** AFFIDAVIT OF SERVICE *****  06/13/2008

SHERIFFS NUMBER: S08003855  
TYPE OF SERVICE...  
DEFENDANT SEQUENCE 1 OF 1  
Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1904<br>CONTROL # 21703 | 28.00 |

### COURT DATA

ASOHNEN

COURT OF ISSUANCE: US District Court  
WRIT EXPIRATION:     STATE: NY     COUNTY OF VENUE: Southern District  
COURT DOCKET #: 08CV01657     CAPTION OF CASE  
NAME:  RASHID MIQADDIM  
 VS  HILLMAN ENVIORMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED  
NAME: HILLMAN ENVIORMENTAL GROUP, LLC,  
ADDRESS: 1600 ROUTE 22 EAST  
UNION, NJ 07083

PAPERS SERVED  
SUMMONS, VERIFIED COMPLAINT OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY  ☐ UNABLE TO SERVE      NUMBER OF ATTEMPTS ____  
DATE: 6/17/08   TIME: 1136      DATE: ___  TIME: ___     DATE: ___  TIME: ___  
REMARKS: _____    DATE: ___  TIME: ___     DATE: ___  TIME: ___

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT  
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT  
         ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY  
PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST.  
(TITLE/RELATIONSHIP)

SEX:    ☐ MALE  ☒ FEMALE  
SKIN:   ☐ WHITE  ☐ BLACK  ☐ YELLOW  ☒ BROWN  ☐ RED  
HEIGHT: ☐ UNDER 5 FT.  ☐ 5.0 - 5.6 FT.  ☒ 5.7 - 6.0 FT.  ☐ OVER 6 FT.  
WEIGHT: ☐ UNDER 100 LBS.  ☒ 100 - 150 LBS.  ☐ 151 - 200 LBS.  ☐ OVER 200 LBS.  
HAIR:   ☐ BLACK  ☒ BROWN  ☐ BLOND  ☐ GRAY  ☐ RED  ☐ WHITE  ☐ BALDING  
AGE:    ☐ 14 - 20  ☒ 21 - 35  ☐ 36 - 50  ☐ 51 - 65  ☐ OVER 65

SWORN TO AND SUBSCRIBED  FRANCES DIDONATO  
BEFORE ME  NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires ___  

SIGNATURE  
SHERIFF'S OFFICER OF UNION COUNTY  
STATE OF NEW JERSEY