UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IN RE COMBINED WORLD TRADE CENTER      :      **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE      :
LITIGATION (straddler plaintiffs)      :

------------------------------------------------------------- x

RASHID MUQADDIM,                       :
                                       :
      Plaintiff(s),              :      **AFFIDAVIT OF SERVICE**
                                       :
   - against-                      :      Civil Action No. 08 CV 01657
                                       :
TULLY CONSTRUCTION CO., INC,. TULLY    :
ENVIRONMENTAL INC., TULLY INDUSTRIES,  :
INC., TURNER CONSTRUCTION COMPANY,     :
BOVIS LEND LEASE, INC., BOVIS LEND LEASE:
LMB, INC., AMEC CONSTRUCTION           :
MANAGEMENT, INC., BECHTEL ASSOCIATES   :
PROFESSIONAL CORPORATION, BECHTEL      :
CONSTRUCTION, INC., BECHTEL            :
CORPORATION, BECHTEL ENVIRONMENTAL,    :
INC., VERIZON NEW YORK, INC., HILLMAN  :
ENVIRONMENTAL GROUP, LLC,              :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BFP ONE LIBERTY PLAZA, CO., LLC,       :
                                       :
      Defendants.                :

-------------------------------------------------------------x

     I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

     On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Bovis Lend Lease, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

          CT Corporation System
          111 Eighth Avenue, 13th Floor
          New York, New York 10011

_____
Anna Tse

Sworn to before me on this
  day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__